UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 APR 20 PM 1:40 NORTHERN DISTRICT CLEVELAND OF OHIO

In Re: ) Case No. 08-15581
)
Chad James Berkenbush ) Chapter 7
)
Debtor ) Judge Morgenstern-Clarren

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3010 in the amount of $25.04, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Recovery Management systems Corp. # 3010 For Capital Recovery II As Assignee of Wells Fargo financial 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | | | |
| | 2 | $226.52 | $ 25.04 |

Dated:  April 16, 2010

/s/ Sheldon Stein_____
Sheldon Stein, Trustee

cc:  United States Truste